IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DANIEL EDUARDO CALDERON
CARRANZA ,                                              *

                                                        *

                    Petitioner,              Case No. 4:26-cv-831-CDL-AGH
v.                                              *        28 U.S.C. § 2241

Warden, STEWART DETENTION CENTER, et    *
al,
                                                        *

                    Respondents.

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondents.

    This 17th day of June, 2026.

                              David W. Bunt, Clerk


                              s/ Ashley N. Yates, Deputy Clerk